In the Matter of SUSAN BABA, Appellant, v MARTIN EVANS et al., Respondents.

Submitted January 7, 2008; decided February 12, 2008

Motion for reargument of motion for leave to appeal denied [*see* 9 NY3d 970 (2007)].

---

In the Matter of the Claim of CECILIA CADORNIGA-DOEING, Appellant, v NSH/LONG ISLAND JEWISH HEALTH SYSTEM et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted December 31, 2007; decided February 12, 2008

Motion for reargument of motion for leave to appeal denied [*see* 9 NY3d 813 (2007)].